BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
 1301 Dove Street, 5th Floor
 Newport Beach, CA 92660
 Telephone: (916) 447-4900
brad@benbrooklawgroup.com

PUBLIC INTEREST LEGAL FOUNDATION
J. CHRISTIAN ADAMS*
KAYLAN PHILLIPS*
JOSEPH M. NIXON*
JEWEL M. LIGHTFOOT*
CAROLYN C. VALDES*
 107 S. West Street
 Alexandria, VA 22314
 Telephone: (703) 745-5870

*Pro hac vice

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCH NOYES, HOLDEN LOMELI, and ANTHONY MCBROOM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; and SHIRLEY WEBER in her official capacity as California Secretary of State,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-11480-SPG-PVC<br>**THREE-JUDGE COURT REQUESTED**<br><br>**REQUEST FOR A THREE-JUDGE COURT** |

REQUEST FOR THREE-JUDGE COURT

Plaintiffs request this Court, pursuant to 28 U.S.C. § 2284(b)(1) and Local Rule 8-2, enter an order convening a three-judge court to hear and determine this action.

Plaintiffs challenge the constitutionality of California's 2025 congressional redistricting plan enacted through Proposition 50 and seek declaratory and injunctive relief barring its enforcement statewide. Because this action seeks to enjoin the enforcement of a statewide congressional apportionment on federal constitutional grounds, a three-judge court is mandatory under 28 U.S.C § 2284(a).

DATED: December 22, 2025  BENBROOK LAW GROUP, PC

 s/ Bradley A. Benbrook
Bradley A. Benbrook
Stephen M. Duvernay

PUBLIC INTEREST LEGAL FOUNDATION
J. Christian Adams
Kaylan Phillips
Joseph M. Nixon
Jewel M. Lightfoot
Carolyn C. Valdes

Attorneys for Plaintiffs