UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH NOYES, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California, *et al.*;<br><br>　　　　　　　　　　Defendants. | 2:25-cv-11480-JLS-PVC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR STAY PENDING THE RESOLUTION OF THE MOTIONS FOR PRELIMINARY INJUNCTION IN *TANGIPA V. NEWSOM* (Doc. 41)** |

1  The Court has reviewed Defendants' Ex Parte Application for Stay Pending
2  the Resolution of the Motions for Preliminary Injunction in *Tangipa v. Newsom*
3  (Doc. 41), as well as Plaintiffs' Opposition (Doc. 43).  Having found good cause to
4  stay the action, the Court hereby GRANTS the application.
5  The case is stayed until this Court issues its order in *Tangipa* on the pending
6  motions for preliminary injunction and the time to appeal has expired, or until the
7  United States Supreme Court issues its order after the motions for preliminary
8  injunction pending in *Tangipa* have been appealed.

IT IS SO ORDERED.

DATED: January 12, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE


HON. KENNETH K. LEE
UNITED STATES CIRCUIT JUDGE


HON. WELSEY L. HSU
UNITED STATES DISTRICT JUDGE