# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DAVID TANGIPA, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br><br>Defendants,<br><br>DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE, *et al.*,<br><br>Defendant-Intervenors. | No: 2:25-cv-10616-JLS-WLH-KKL<br><br>**DECLARATION OF WILLIAM VAN NUYS III IN SUPPORT OF DCCC'S RESPONSE IN OPPOSITION TO PLAINTIFFS' AND THE UNITED STATES'S MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: December 15, 2025<br><br>Time: 9:00 a.m.<br><br>Courtroom: One |

Exhibit 33
586

DX210-0002

Pursuant to 28 U.S.C. § 1746, I, William Van Nuys III, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Deputy Executive Director of DCCC, a position I have held since January 2025. In that capacity, I help to oversee DCCC's strategy and operations, including its political strategy in California and across the country. Prior to my current role, I served as DCCC's National Political Director during the 2024 election cycle. I also served as DCCC's Western Regional Political Director and oversaw DCCC's strategy in California during the 2022 midterm election cycle.

3. DCCC, sometimes called the Democratic Congressional Campaign Committee, is the national congressional campaign committee for the Democratic Party. DCCC's mission is to elect Democratic candidates to the U.S. House of Representatives. As part of that mission, DCCC works to recruit Democratic candidates, raise funds, and help Democratic candidates win races in congressional districts throughout the country, including in California's 52 congressional districts.

4. As the national party committee dedicated to electing Democrats to the House of Representatives, and ultimately obtaining a Democratic majority in the House, DCCC has a strong interest in increasing the likelihood that Democratic congressional candidates win elections. DCCC therefore cares deeply about redistricting around the country, because redistricting significantly affects the electoral prospects of Democratic congressional candidates and the rights of Democratic voters.

5. This past summer, Texas Republicans announced a plan to re-draw congressional districts in Texas to disadvantage Democratic congressional candidates. Specifically, based on news coverage I reviewed, I understand that Texas Republicans eliminated districts currently held by Democratic House members in Houston, Dallas, Austin, and South Texas. I further understand that other states controlled by the Republican Party have undertaken similar efforts or are contemplating doing so. Finally, I understand that President Trump has exerted and continues to exert significant pressure

1 on states around the country to redraw their maps in a way that is maximally beneficial
2 to Republican candidates, to the detriment of Democratic Party candidates supported by
3 DCCC.

4     6.    I understand that, in response to these efforts, elected leaders in California
5 began considering whether to re-draw the congressional districts in their own state to
6 advantage Democratic candidates.

7     7.    During the summer of 2025, I learned that Paul Mitchell and Redistricting
8 Partners had been working on a potential revision to California's congressional map.

9     8.    On August 3, 2025, I, along with another DCCC staff member, first saw a
10 draft of the proposed map that Redistricting Partners prepared ("Draft Map"). We
11 reviewed the map exclusively for partisan performance, and we were pleased with the
12 map because, if enacted, it would substantially increase partisan advantage for
13 Democratic candidates as compared to California's existing map. Specifically, the Draft
14 Map likely improved Democratic performance in Districts 1, 3, 9, 13, 22, 27, 41, 45, 47,
15 and 48.

16     9.    Hoping that an even more Democratically-favorable proposal would be
17 presented to the California Legislature, DCCC supported certain revisions to the Draft
18 Map to further improve Democratic performance, including in San Diego and the Central
19 Valley. Redistricting Partners adopted at least some of those revisions to the Draft Map,
20 including to improve Democratic performance in the Central Valley.

21     10.    At no point did DCCC analyze racial data for the Draft Map, and none of
22 the revisions we supported were based on a consideration of race or the Voting Rights
23 Act. DCCC's interest in the Draft Map and its particulars was always focused on partisan
24 performance. The revisions to the Draft Map that DCCC supported exclusively
25 concerned improving the partisan performance for Democratic candidates

26     11.    On August 14, 2025, the California State Assembly Committee on Elections
27 and the Senate Elections and Constitutional Amendments Committee ("Committees")
28 opened a public portal for proposals and comments regarding redistricting.

1    12.    That same day, DCCC decided to purchase from Redistricting Partners a revised version of the Draft Map.

13.    Redistricting Partners provided DCCC with the map file on August 15, 2025. On the same day, DCCC submitted the map it received, along with an accompanying cover letter, to the Legislature.

14.    The map that ultimately was adopted by the state Legislature and put forward to California voters appears likely to achieve similar partisan outcomes to the map DCCC submitted on August 15, 2025.

15.    That map then appeared on the California special election ballot in the November 4, 2025 election. In the months leading up to election day, Democrats and Republicans fought a fierce political campaign over Proposition 50. Republican groups opposed the measure because the map favored Democrats, and Democrats supported the measure because the map favored Democrats. DCCC was actively tracking ads and campaign materials on both sides. DCCC is not aware of any Republican campaign materials that objected to the map on the grounds that racial considerations motivated the map.

16.    California voters overwhelmingly approved Proposition 50, by a nearly two-to-one margin.

17.    The next day, DCCC Chair Representative Suzan DelBene released a statement concerning Proposition 50. The statement read, in relevant part: "We applaud California's leaders for giving voters the opportunity to elect a Congress next year that will work for the people, not the wealthiest few, and level the playing field in the face of corrupt Republican gerrymandering efforts across the country. The path to the Democratic majority includes flipping critical seats throughout California, and Democrats are on offense to hold newly vulnerable Republicans accountable."[1]

---

[1] DCCC, "DCCC Chair Statement on Passage of Proposition 50 in California," (November 5, 2025), https://dccc.org/dccc-chair-statement-on-passage-of-proposition-50-in-california/.

18.     I have reviewed the Complaint filed in this case. I understand that Plaintiffs have alleged that DCCC "paid Redistricting Partners to draw the map" set out in Proposition 50.[2] That is not correct. DCCC learned of a map after it was initially prepared and saw it for the first time on August 3, 2025. DCCC then supported some proposed changes to that version of the map for the sole purpose of increasing the partisan performance of the map.

19.     I understand that Plaintiffs seek a court order declaring that the map set out in Proposition 50 is unlawful and an injunction enjoining implementation of the new map for the now-imminent 2026 election cycle.[3]

20.     Such an injunction would severely harm DCCC because Democratic congressional candidates in California would be less likely to be elected in the November 2026 midterm election if the map is enjoined.

21.     An injunction would also undermine the ability of the Democratic Party to counteract the effects of redistricting efforts that other Republican-led states have undertaken or will soon undertake at the President's command.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of December, 2025, in Washington, D.C.

*William Van Nuys III*
_____
**William F. Van Nuys III**
Deputy Executive Director, DCCC

---

[2] Compl. ¶¶ 51-52.

[3] *Id*. at 24.