# Exhibit C

| | |
|---|---|
| 1 | Lalitha D. Madduri (CA Bar No. 301236) |
| 2 | lmadduri@elias.law |
|   | Christopher D. Dodge* (DC Bar No. 90011587) |
| 3 | cdodge@elias.law |
| 4 | Max Accardi* (DC Bar No. 90021259) |
|   | maccardi@elias.law |
| 5 | **ELIAS LAW GROUP LLP** |
| 6 | 250 Massachusetts Ave. NW, Suite 400 |
|   | Washington, DC 20001 |
| 7 | T: (202) 968-4652 |
| 8 | F: (202) 968-4498 |
| 9 | Abha Khanna* (WA Bar No. 42612) |
| 10 | akhanna@elias.law |
|    | Tyler L. Bishop (CA Bar No. 337546) |
| 11 | tbishop@elias.law |
| 12 | **ELIAS LAW GROUP LLP** |
|    | 1700 Seventh Avenue, Suite 2100 |
| 13 | Seattle, WA 98101 |
| 14 | T: (206) 656-0177 |
|    | F: (206) 656-0180 |
| 15 | |
| 16 | Omar Qureshi (CA Bar No. 323493) |
|    | omar@qureshi.law |
| 17 | Max Schoening (CA Bar No. 324643) |
| 18 | max@qureshi.law |
|    | **QURESHI LAW PC** |
| 19 | 700 Flower Street, Suite 1000 |
| 20 | Los Angeles, CA 90017 |
|    | T: (213) 600-6096 |
| 21 | F: (213) 277-8989 |
| 22 | |
| 23 | *Counsel for Proposed Intervenor-Defendant DCCC* |
| 24 | |
|    | * *Pro hac vice application forthcoming* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH NOYES, HOLDEN LOMELI, and ANTHONY MCBROOM,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; SHIRLEY WEBER, in her official capacity as California Secretary of State,<br><br>　　　　Defendants. | Case No: 2:25-cv-11480<br><br>**[PROPOSED] ORDER GRANTING DCCC'S MOTION TO INTERVENE** |

1   The Democratic Congressional Campaign Committee ("DCCC") has moved to
2   intervene in the above-captioned case. The Court, having considered the papers
3   submitted in connection with said motion, and such other relevant information and
4   evidence as was presented to the Court, and good cause appearing, HEREBY ORDERS
5   that: (1) DCCC's motion to intervene is GRANTED; and (2) DCCC is entered as an
6   Intervenor-Defendant, and its counsel shall be served with all relevant papers in the
7   above-captioned case.

10  IT IS SO ORDERED on this ____ day of _____, 2025.

                                                         _____
                                                         United States District Court Judge