# Exhibit D

| | |
|---|---|
| **From:** | Joe Nixon <JNixon@publicInterestLegal.org> |
| **Sent:** | Monday, January 26, 2026 9:00 PM |
| **To:** | Lali Madduri |
| **Cc:** | brad@benbrooklawgroup.com; Carolyn Valdes; Jewel Lightfoot; Christian Adams; Kaylan Phillips; steve@benbrooklawgroup.com; Carter Jansen; kiana.herold@doj.ca.gov; Mark.Beckington@doj.ca.gov; robert.meyerhoff@doj.ca.gov; Abha Khanna; Chris Dodge; Tyler Bishop; Max Accardi |
| **Subject:** | Re: Noyes et al. v. Newsom et al., Civ. No. 25-11480 (C.D. Cal.) |

Lali:

You may or may not yet be aware that our case has been assigned to a three judge court.

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535
joe@nixonlawtx.com

> On Jan 26, 2026, at 8:55 PM, Lali Madduri <lmadduri@elias.law> wrote:
>
> Joe:
>
> We do not intend to file our motion ex parte; we will note the hearing date according to Judge Staton's regular civil calendar. We will also request that the Court decide our motion without a hearing, given the *Tangipa* proceedings and DCCC's demonstrated interest in the Prop 50 map. We have no objection to Plaintiffs' filing an opposition to our motion.
>
> We have remained ready and willing to meet and confer since we first reached out last Thursday, and even accommodated your request to delay our filing to this week in anticipation of our scheduled call today. I understand you encountered some technical difficulties today—I and the majority of our team are also in DC and snowed in—but we do not believe that justifies

1

further delay, particularly since you have access to your telephone and have not indicated that the rest of your team is otherwise unavailable. And to clarify, on December 4, 2025, we objected to your clients' request to consolidate this case with the *Tangipa* case for purposes of the preliminary injunction. At that time, the *Tangipa* PI briefing and discovery were well underway, with the PI hearing scheduled to begin just 11 days later on December 15, 2025.

We remain available for conferral by phone, teleconference, or videoconference, as I have indicated, but it does not appear that further email discussion will prove fruitful. We will provide the Court with your views.

Regards,
Lali


**Lali Madduri**
Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Joe Nixon <JNixon@publicInterestLegal.org>
**Sent:** Monday, January 26, 2026 5:44 PM
**To:** Lali Madduri <lmadduri@elias.law>
**Cc:** brad@benbrooklawgroup.com; Carolyn Valdes <CValdes@publicInterestLegal.org>; Jewel Lightfoot <JLightfoot@publicInterestLegal.org>; Christian Adams <Adams@publicInterestLegal.org>; Kaylan Phillips <KPhillips@publicInterestLegal.org>; steve@benbrooklawgroup.com; Carter Jansen <Carter.Jansen@doj.ca.gov>; kiana.herold@doj.ca.gov; Mark.Beckington@doj.ca.gov; robert.meyerhoff@doj.ca.gov; Abha Khanna <akhanna@elias.law>; Chris Dodge <cdodge@elias.law>; Tyler Bishop <tbishop@elias.law>; Max Accardi <maccardi@elias.law>
**Subject:** Re: Noyes et al. v. Newsom et al., Civ. No. 25-11480 (C.D. Cal.)

Lali:

Just to clarify, you intend to file an ex parte motion to intervene in a case which is stayed, without a meet and confer conference because of technical issues I have due to the storm, and are unwilling to wait until Wednesday at 9 am Eastern to have a discussion? And, of course, you objected to my clients' request to intervene in the Tangipa case? Do I have all that correct?

If you file tomorrow without the required conference, please inform the court of all the above and my incredulity at the urgency of a client to intervene in a stayed case whose only stated interest, by declaration, is that it wants more congressional seats for its political party. And that you believe the State of California is incapable of protecting its legal interest?

Is there anything I may have missed?

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535

joe@nixonlawtx.com

> On Jan 26, 2026, at 5:27 PM, Lali Madduri <lmadduri@elias.law> wrote:
>
> Joe,
>
> DCCC intends to file our motion tomorrow. I remain available to confer with you or any of the Plaintiffs' other six attorneys who have entered an appearance in this case anytime.
>
> Though I initially sent you the declaration last Thursday, I'm including screenshots below.
>
> Regards,
> Lali
>
> <image001.png>
> <image002.png>
> <image003.png>
> <image004.png>
> <image005.png>
>
> **Lali Madduri**

Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Joe Nixon <JNixon@publicInterestLegal.org>
**Sent:** Monday, January 26, 2026 11:57 AM
**To:** Lali Madduri <lmadduri@elias.law>
**Cc:** brad@benbrooklawgroup.com; Carolyn Valdes <CValdes@publicInterestLegal.org>; Jewel Lightfoot <JLightfoot@publicInterestLegal.org>; Christian Adams <Adams@publicInterestLegal.org>; Kaylan Phillips <KPhillips@publicInterestLegal.org>; steve@benbrooklawgroup.com; Carter Jansen <Carter.Jansen@doj.ca.gov>; kiana.herold@doj.ca.gov; Mark.Beckington@doj.ca.gov; robert.meyerhoff@doj.ca.gov; Abha Khanna <akhanna@elias.law>; Chris Dodge <cdodge@elias.law>; Tyler Bishop <tbishop@elias.law>; Max Accardi <maccardi@elias.law>
**Subject:** Re: Noyes et al. v. Newsom et al., Civ. No. 25-11480 (C.D. Cal.)

Lali:

I haven't been able to open the declaration on my phone yet.

I will be available 9am Wednesday morning if we can please reschedule the zoom call until then.

Thank you.

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535
joe@nixonlawtx.com

> On Jan 26, 2026, at 10:25 AM, Lali Madduri <lmadduri@elias.law> wrote:

4

Joe,

The declaration I sent you last Thursday is reattached here.

I can also speak by phone. Feel free to give me a call – 202-986-4593

**Lali Madduri**
Partner
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Joe Nixon <JNixon@publicInterestLegal.org>
**Sent:** Monday, January 26, 2026 10:09 AM
**To:** Lali Madduri <lmadduri@elias.law>
**Cc:** brad@benbrooklawgroup.com; Carolyn Valdes <CValdes@publicInterestLegal.org>; Jewel Lightfoot <JLightfoot@publicInterestLegal.org>; Christian Adams <Adams@publicInterestLegal.org>; Kaylan Phillips <KPhillips@publicInterestLegal.org>; steve@benbrooklawgroup.com; Carter Jansen <Carter.Jansen@doj.ca.gov>; kiana.herold@doj.ca.gov; Mark.Beckington@doj.ca.gov; robert.meyerhoff@doj.ca.gov; Abha Khanna <akhanna@elias.law>; Chris Dodge <cdodge@elias.law>; Tyler Bishop <tbishop@elias.law>; Max Accardi <maccardi@elias.law>
**Subject:** Re: Noyes et al. v. Newsom et al., Civ. No. 25-11480 (C.D. Cal.)

Lali,

Could you please send me the declaration again? The only thing working is my phone. I cannot review it on my computer.

Please reconsider your demand to intervene in a stayed case. By your admission, the earliest the court could receive your motion is Friday. This is an unprofessional and unnecessary time demand.

Thank you.

5

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535

joe@nixonlawtx.com

On Jan 26, 2026, at 9:59 AM, Lali Madduri <lmadduri@elias.law> wrote:

Joe,

As you know, the stay in *Noyes* is teed off of the application for an injunction pending appeal in *Tangipa*, which will be fully briefed on Thursday afternoon, so the stay in *Noyes* could be lifted as soon as Friday.

Given that, DCCC intends to file our motion to intervene no later than tomorrow. If you would like to speak before we file, please let me know, otherwise we will note that we do not have Plaintiffs' position and that you will inform the court of your position by Thursday. I am available today anytime, including at our originally scheduled time, 1pm.

You also have a declaration that spells out DCCC's interests in defending the Prop 50 map. If any questions remain, we are happy to address them by email. We are also available to do a call Wednesday or Thursday after we file our motion if it helps inform Plaintiffs' position.

Regards,
Lali

6

**Lali Madduri**

Partner

**Elias Law Group LLP**

202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Joe Nixon <JNixon@publicInterestLegal.org>
**Sent:** Monday, January 26, 2026 8:54 AM
**To:** Lali Madduri <lmadduri@elias.law>
**Cc:** brad@benbrooklawgroup.com; Carolyn Valdes <CValdes@publicInterestLegal.org>; Jewel Lightfoot <JLightfoot@publicInterestLegal.org>; Christian Adams <Adams@publicInterestLegal.org>; Kaylan Phillips <KPhillips@publicInterestLegal.org>; steve@benbrooklawgroup.com; Carter Jansen <Carter.Jansen@doj.ca.gov>; kiana.herold@doj.ca.gov; Mark.Beckington@doj.ca.gov; robert.meyerhoff@doj.ca.gov; Abha Khanna <akhanna@elias.law>; Chris Dodge <cdodge@elias.law>; Tyler Bishop <tbishop@elias.law>; Max Accardi <maccardi@elias.law>
**Subject:** Re: Noyes et al. v. Newsom et al., Civ. No. 25-11480 (C.D. Cal.)

Lali:

We received 2 feet of snow where I live yesterday. I'm having internet issues and I cannot get into the office as the streets are closed.

May we please reschedule our meet and confer conference until Wednesday or Thursday? I'll be able to get into the office by then. Our case is still stayed, so there's no prejudice to any party by delaying our conference for a couple of days.

Thank you and I hope all of you are warm.

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535

joe@nixonlawtx.com

On Jan 22, 2026, at 2:01 PM, Lali Madduri <lmadduri@elias.law> wrote:

Ok. I sent a Teams invite for 1pm ET on Monday 1/26. If you are able to provide your position sooner, please do.

**Lali Madduri**

Partner

**Elias Law Group LLP**

202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Joe Nixon <JNixon@publicInterestLegal.org>
**Sent:** Thursday, January 22, 2026 1:56 PM
**To:** Lali Madduri <lmadduri@elias.law>
**Cc:** brad@benbrooklawgroup.com; Carolyn Valdes <CValdes@publicInterestLegal.org>; Jewel Lightfoot <JLightfoot@publicInterestLegal.org>; Christian Adams <Adams@publicInterestLegal.org>; Kaylan Phillips <KPhillips@publicInterestLegal.org>; steve@benbrooklawgroup.com; Carter Jansen <Carter.Jansen@doj.ca.gov>; kiana.herold@doj.ca.gov; Mark.Beckington@doj.ca.gov; robert.meyerhoff@doj.ca.gov; Abha Khanna <akhanna@elias.law>; Chris Dodge <cdodge@elias.law>; Tyler Bishop <tbishop@elias.law>; Max Accardi <maccardi@elias.law>
**Subject:** Re: Noyes et al. v. Newsom et al., Civ. No. 25-11480 (C.D. Cal.)

8

Let's discuss this Monday afternoon, please. Thank you.

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535
joe@nixonlawtx.com

On Jan 22, 2026, at 10:32 AM, Lali Madduri <lmadduri@elias.law> wrote:

Mr. Nixon,

Thank you for the quick response.

See attached for a declaration submitted in the *Tangipa* litigation explaining DCCC's interests in California's congressional plan, which the *Noyes* case seeks to invalidate.

If helpful, I am available to further discuss DCCC's interests in *Noyes*. Please provide times on Monday that you are available. I can also speak between 4 and 6pm ET tomorrow.

Regards,
Lali

9

**Lali Madduri**

Partner

**Elias Law Group LLP**

202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Joe Nixon <JNixon@publicInterestLegal.org>
**Sent:** Thursday, January 22, 2026 1:15 PM
**To:** Lali Madduri <lmadduri@elias.law>
**Cc:** brad@benbrooklawgroup.com; Carolyn Valdes <CValdes@publicInterestLegal.org>; Jewel Lightfoot <JLightfoot@publicInterestLegal.org>; Christian Adams <Adams@publicInterestLegal.org>; Kaylan Phillips <KPhillips@publicInterestLegal.org>; steve@benbrooklawgroup.com; Carter Jansen <Carter.Jansen@doj.ca.gov>; kiana.herold@doj.ca.gov; Mark.Beckington@doj.ca.gov; robert.meyerhoff@doj.ca.gov; Abha Khanna <akhanna@elias.law>; Chris Dodge <cdodge@elias.law>; Tyler Bishop <tbishop@elias.law>; Max Accardi <maccardi@elias.law>
**Subject:** Re: Noyes et al. v. Newsom et al., Civ. No. 25-11480 (C.D. Cal.)

Ms. Madduri:

We are in meetings all day today and I'm on a plane tomorrow until 4pm eastern. May we confirm Friday evening or sometime on Monday?

There is no urgency to intervene as the case is stayed until the Tangipa injunction matter is decided by the Supreme Court.

10

As you opposed the consolidation of the Tangipa and Noyes matters earlier, please be prepared to discuss what interest, if any, the DCCC has in Noyes case.

Thank you.

Joseph M. Nixon

Board Certified Civil Trial Law, Texas Board of Legal Specialization

Tel.: 713-550-7535
joe@nixonlawtx.com

> On Jan 22, 2026, at 9:51 AM, Lali Madduri <lmadduri@elias.law> wrote:
>
> Counsel,
>
> I write on behalf of my client, the Democratic Congressional Campaign Committee (DCCC). DCCC plans to file a motion to intervene as a Defendant in the above-captioned litigation pursuant to Fed. R. Civ. P. 24. Please either let us know that you do not oppose DCCC's intervention or provide your availability to

meet and confer via telephone or a video call this afternoon pursuant to Local Rule 7-3. If you are unable to speak this afternoon, please provide your availability for tomorrow.

Regards,
Lali

**Lali Madduri**
Partner
Elias Law Group LLP
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

&lt;DX210 - DCCC - Van Nuys Declaration.pdf&gt;

&lt;DX210 - DCCC - Van Nuys Declaration.pdf&gt;