## Plaintiffs' Exhibit 3, John Morgan Illustrative Map

Illustrative Plan - Statewide



Illustrative Plan -North



Illustrative Plan -Central



Illustrative Plan-South

Illustrative Plan Inset- North



Illustrative Plan Inset- Bay Area



Illustrative Plan Inset- Central Valley

Illustrative Plan Inset- San Bernardino / Riverside



Illustrative Plan Inset- San Diego / Riverside



Illustrative Plan Inset- Orange County



Illustrative Plan Inset- Los Angeles

**Map 1 -Northern California comparison 2024 Plan / Illustrative Plan**



**Map 2 -San Bernadino-Riverside comparison 2024 Plan / Illustrative Plan**



**Map 3 -San Diego comparison 2024 Plan / Illustrative Plan**



**Map 4 -Orange County and Los Angeles County comparison 2024 Plan / Illustrative Plan**

